JANET BLACK, RESPONDENT, v. TOWNSHIP OF CEDAR GROVE, APPELLANT.

Submitted May 31, 1940—Decided October 10, 1940.

For the respondent, *Edwin Joseph O'Brien.*

For the appellant, *James J. Skeffington.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 8.

*For reversal*—CASE, BODINE, HEHER, JJ. 3.